### 32060. ARMOUR v. SAVAGE.

SUTTON, C. J. It not appearing from the record that there was any service of a copy of the bill of exceptions, either personal or by acknowledgment upon the defendant in error, as required under the provisions of Code § 6-911 or Code § 6-912, this court is without jurisdiction to entertain the writ of error. *Fireman's Fund Indemnity Co.* v. *Goss*, 69 *Ga. App.* 25 (24 S. E. 2d, 736); *Salvation Army* v. *Eleventh Hour Service Inc.*, 77 *Ga. App.* 196 (47 S. E. 2d, 893); *Warnock* v. *Woodard*, 183 *Ga.* 367 (188 S. E. 336); *Mauldin* v. *Mauldin*, 203 *Ga.* 123 (45 S. E. 2d, 818).

*Writ of error dismissed. Felton and Parker, JJ., concur.*

DECIDED JUNE 18, 1948.

336

*H. T. Oliver, Howard Oliver Jr.,* for plaintiff in error.
*Kenyon, Kenyon & Gunter,* contra.